UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIANNA BAILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:15-cv-942-EPG<br><br>**ORDER TO SHOW CAUSE** |

　　　　On August 12, 2015, this Court issued an order dismissing Plaintiff's complaint with leave to amend. (Doc. 4). Plaintiff was advised that **any amended complaint would need to be filed no later than October 2, 2015**.  She was also advised that failure to timely file an amended complaint would result in dismissal of this action. (Doc. 4, pg. 6, lines 1-2).  To date, Plaintiff has not filed an amended complaint.

　　　　Plaintiff is advised that the Court plans to dismiss this case in thirty days (30) from the date of this order because Plaintiff's complaint has been dismissed and Plaintiff has chosen not to file an amended complaint.  If Plaintiff still wishes to file an amended complaint, she should do so within the thirty day period, and she should also file an explanation for her failure to file an

amended complaint by the date previously ordered by the Court.  Alternatively, if Plaintiff no longer intends to litigate this case, she shall file a Notice of Voluntary Dismissal within the thirty (30) day period.  Failure to respond to this order within thirty days will result in a dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 12, 2015**         /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE