**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEIANNA BAILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:15-cv-942-EPG<br><br>**ORDER DISMISSING THIS ACTION** |

On August 12, 2015, this Court issued an order dismissing Plaintiff's complaint with leave to amend. (Doc. 4). Plaintiff was advised that any amended complaint would need to be filed no later than October 2, 2015. She was also advised that failure to timely file an amended complaint would result in dismissal of this action. (Doc. 4, pg. 6, lines 1-2). Plaintiff did not file the amended complaint as ordered.

On November 13, 2015, the Court issued an Order to Show Cause and advised Plaintiff that if she intended to pursue her case, she needed to file an amended complaint within thirty (30) days. (Doc. 7). To date, Plaintiff has not filed an amended complaint. Thus, there is no operative

1

complaint because Plaintiff's complaint was dismissed, and she has chosen not to file an amended complaint. Accordingly, this action is dismissed. The Clerk of the Court shall close this action and serve a copy of this order on the Plaintiff at the address listed on the docket.

IT IS SO ORDERED.

Dated:   **December 22, 2015**              /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE